STATE of Missouri, Appellant,

v.

Timothy J. HOPPE, Respondent.

No. ED 84653.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 28, 2004.

Patrick L. King, Farmington, MO, for appellant.

Ted Guberman, Hillsboro, MO, for respondent.

Before Lawrence E. Mooney, P.J., Lawrence G. Crahan and Mary K. Hoff, JJ.

### ORDER

PER CURIAM.

The State of Missouri appeals from the order of the trial court granting Timothy Hoppe's motion to suppress evidence. We have reviewed the briefs of the parties and the record on appeal. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed. Rule 30.25(b).